CONNECTICUT SAVINGS AND LOAN ASSOCIATION *v.*
WILBERT MITCHELL ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is dismissed.

*Mary V. McCarthy,* for the appellant (defendant et al.).

No appearance for the appellee (plaintiff).

Argued October 1—decided October 1, 1974

ANDREW J. MELECHINSKY *v.* ROMAN J. LEXTON ET AL.

The defendant's "Motion to Dismiss the Notices of Appeal dated February 25, 1974, and May 20, 1974" from the Superior Court in Hartford County is granted.

*Barney Lapp,* assistant attorney general, for the defendants.

*Andrew J. Melechinsky,* pro se, the plaintiff.

Argued October 1—decided October 1, 1974

STATE OF CONNECTICUT *v.* DENNIS J. TEART

The defendant's motion for an order by this court to set aside the judgment of the trial court and to enter a judgment of not guilty or, in the alternative, for an order to the trial judge to take such action as necessary to complete the record in the appeal from the Superior Court in Middlesex County is denied.

*William M. Shaughnessy,* special public defender, for the appellant (defendant).

*C. Robert Satti,* acting state's attorney, for the appellee (state).